Same case below, 356 Fed. Appx. 361.

Same case below, 371 Fed. Appx. 365.

**No. 09-11559. Crandall Postell, Petitioner v. Bank of Central Florida, et al.**

562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6945, 

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 12 So. 3d 762.

**No. 09-11560. Darryl Kinney, Petitioner v. Department of Justice, et al.**

562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6826.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 362 Fed. Appx. 372.

**No. 09-11561. Michael S. Lineker, Petitioner v. Alaska.**

562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6840.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Alaska denied.

**No. 09-11562. Steven Fion Lyons, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6788.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11563. Eddie M. Johnson, Petitioner v. Colorado.**

562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6849.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-11564. Laura Nancy Veronica Rondonuwu, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 888, 131 S. Ct. 221, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6900.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11566. Jacob McInnis, Sr., Petitioner v. Maine.**

562 U.S. 888, 131 S. Ct. 222, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6908.

October 4, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 988 A.2d 994.

**No. 09-11568. Yunior Perez, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 222, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6524.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.